UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A. SILVA CORKS USA, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>M.A. SILVA CORTICAS, LDA., et al.,<br><br>Defendants. | Case No. 22-cv-04345-SK<br><br>**ORDER ON MOTION TO SEAL**<br><br>Regarding Docket No. 2 |

Plaintiffs filed a motion to seal portions of its complaint under seal. The Court finds that Plaintiffs' proposed redactions are too broad and that Plaintiffs fail to show compelling reasons for sealing each particular portion they seek to seal. Motions to seal should be as narrow as possible. The Court will provide Plaintiffs with another opportunity to seek to seal portions of its complaint and make a sufficient showing. By no later than August 11, 2022, Plaintiffs shall file another motion to seal and make the required showing as to each specific portion of the complaint they seeks to seal, including an explanation of "(i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient[.]" *See* Northern District Civil L.R. 79-5(c)(1). If Plaintiffs fail to file another motion to seal by this deadline, the Court will deny the pending motion to seal.

**IT IS SO ORDERED**.

Dated: August 4, 2022

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge