Keith P. Carroll (admitted *pro hac vice*)
Krithika Rajkumar (*pro hac vice forthcoming*)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Telephone: 617.523.2700
Facsimile: 617.619.7251
E-mail: keith.carroll@hklaw.com
   krithika.rajkumar@hklaw.com

Sarah A. Marsey (SBN 297911)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Facsimile: 415.743.6910
E-mail: sarah.marsey@hklaw.com

Attorneys for Plaintiffs

M.A. SILVA CORKS USA, LLC AND NEIL FOSTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A. Silva Corks USA, LLC and Neil Foster,<br><br>  Plaintiff(s),<br><br>  vs.<br><br>M.A. Silva Corticas, Lda; M.A. Silva Holdings, Inc.; Manuel Alves da Silva, Sr.; Jose Duarte Tavares da Silva; Cork Partners International Ltd.; Iberian Cork International Ltd.; and Does 1-25,<br><br>  Defendant(s). | Case No.: 4:22-cv-04345-HSG<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Court Room.: 2<br>Judge:  Hon. Hayward S. Gilliam, Jr.<br><br>Complaint Filed: July 27, 2022<br>Trial Date: |

#178135200_v1

1

Case No.: 4:22-cv-04345-HSG

**ORDER**

Plaintiffs' Administrative Motion to Continue Initial Case Management Conference and Related Dates is before the Court. The Court, having considered the Motion, and all other papers and testimony as presented to this Court, and good cause appearing therefore, hereby GRANTS the motion.

It is hereby ORDERED that:

1. The Telephonic Initial Case Management Conference, currently scheduled for September 13, 2022, is hereby continued to September 27, 2022;

2. The Case Management Statement, currently due on September 6, 2022, is hereby due on September 20, 2022; and

3. All related discovery and alternative dispute deadlines, including those listed in the Order Setting Initial Case Management Conference and ADR Deadlines, are continued and will be reset according to the new date of the Initial Case Management Conference.

PURSUANT TO PLAINTIFFS' MOTION, IT IS SO ORDERED. Plaintiffs' Administrative Motion to Continue Case Management Conference and Related Deadlines is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  September 1, 2022

Judge Haywood S. Gilliam, Jr.
United States District Court
Northern District of California

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910