UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.A. SILVA CORKS USA, LLC AND NEIL FOSTER,

Plaintiff(s),

v.

M.A. SILVA CORTIÇAS, LDA.; M.A. SILVA HOLDINGS, INC.; MANUEL ALVES DA SILVA, SR.; JOSÉ DUARTE TAVARES DA SILVA; CORK PARTNERS INTERNATIONAL LTD.; IBERIAN CORK INTERNATIONAL LTD.,

Defendant(s).

Case No. 4:22-cv-04345-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Daniel J. Goodrich, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: M.A. Silva Corks USA, Llc and Neil Foster in the above-entitled action. My local co-counsel in this case is Nada I. Shamonki, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 205359.

| | |
|---|---|
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>MY ADDRESS OF RECORD | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 617-542-6000<br>MY TELEPHONE # OF RECORD | 310-586-3200<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| DJGoodrich@mintz.com<br>MY EMAIL ADDRESS OF RECORD | NShamonki@mintz.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 692624.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

American LegalNet, Inc.
www.FormsWorkFlow.com

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2023

APPLICANT
Daniel J. Goodrich

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniel J. Goodrich is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/3/2023

UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT
District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Daniel J. Goodrich**, Bar **692624**, was duly admitted to practice in this Court on **November 12, 2019**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **March 30, 2023**



Robert M. Farrell
**CLERK**